

NEW YORK:
45 Broadway
19th Floor
New York, NY 10006

T 212.221.6900
F 212.221.6989
Schmid.e@wssllp.com

January 10, 2013

**VIA ECF & FIRST CLASS MAIL**
Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Gluck v. Craner, Satkin, Scheer & Schwartz, P.C., 12-cv-4603;

Dear Judge Matsumoto:

      We represent Craner, Satkin, Scheer & Schwartz, P.C. ("Defendant") in connection with the referenced action. We are writing in response to Plaintiff's letter dated January 7, 2013 concerning Defendant's request for a pre-motion conference. In accordance with the court's docket entry, dated January 9, 2013, Defendant consents to this court construing its motion for a pre-motion conference as an unopposed motion to transfer this action to the Southern District of New York.

      Very truly yours,

      /s/ Matthew Tracy

      Matthew Tracy (MT-2503)

cc: Maxim Maximov, Esq.

www.WSSLLP.com

NEW JERSEY:
2500 Plaza 5
Harborside Financial Center
Jersey City, NJ 07311
T 201.633.3630

CONNECTICUT:
177 Broad Street
5th Floor
Stamford, CT 06901
T 203.328.1200

FLORIDA:
20801 Biscayne Boulevard
4th Floor
Miami, FL 33180
T 786.923.5911

CALIFORNIA:
1801 Century Park East
Suite 2400
Los Angeles, CA 90067
T 310.836.4800